| | |
|---|---|
| 1 | Dan Stormer, Esq. [S.B. # 101967]<br>Cindy Pánuco, Esq. [S.B. #266921]<br>Brian Olney, Esq. [S.B. #298089]<br>HADSELL STORMER & RENICK LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Telephone: (626) 585-9600 / Facsimile: (626) 577-7079<br>Emails: dstormer@hadsellstormer.com<br>       cpanuco@hadsellstormer.com<br>       bolney@hadsellstormer.com |

JS-6

Attorneys for Plaintiffs

**GIBEAUT, MAHAN & BRISCOE**
GARY R. GIBEAUT, ESQ. (State Bar No. 70951)
NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
JULIE A. MULLANE, ESQ. (State Bar No. 191761)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010
jmullane@gmb-law.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON MEARES, by and through his educational decision maker and mother, Kim Meares; and KIM MEARES,<br><br>    Plaintiffs,<br><br>vs.<br><br>RIM OF THE WORLD UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 5:15-cv-02096-JGB (DTBx)<br><br>[Assigned to the Honorable Jesus G. Bernal – Courtroom 1]<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND TO VACATE JUNE 5 HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint filed:   October 12, 2015<br>Discovery Cut-Off:  November 14, 2017<br>Motion Cut-Off:    January 23, 2017<br>Trial Date:         March 28, 2017 |

ORDER RE JT STIP FOR DISMISSAL/
VACATE JUNE 5 HRG ON PLTF'S MSJ

# **ORDER**

The Court, having considered the Parties' joint stipulation for dismissal of action and to vacate the June 5, 2017 hearing on plaintiff's motion for partial summary judgment, and finding good cause orders as follows:

1. Plaintiff's action is dismissed with prejudice. The June 5, 2017 hearing on Plaintiff's Motion for Partial Summary Judgment as well as any other pending court deadlines, are vacated.

IT IS SO ORDERED.

Dated: June 2, 2017

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE